IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL A. DUGAS                                                                                    PLAINTIFF

v.                                        No. 4:12-cv-250-DPM

JOHN DOE #1                                                                                         DEFENDANT

## ORDER

The Court vacates its Order, *Document No. 3*, in light of Dugas's notice of voluntary dismissal. The notice moots the issues addressed in the Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

  10 September 2012